UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE:                                                )
                                                      )   Case No. 11-17251-HRT
GREGG ANTHONY PURCELL                                 )
XXX-XX-6904                                           )
                                                      )
VANESSA PURCELL                                       )   Chapter 13
XXX-XX-1845                                           )
                                                      )
     Debtors.                                         )

ORDER DISMISSING CHAPTER 13 CASE AFTER CONFIRMATION

THIS MATTER comes before the court for consideration of dismissal on the Debtors request to dismiss their bankruptcy case. There having been no prior conversions, the court

**FINDS** that:

1.  Dismissal of this case is appropriate pursuant to 11 U.S.C. § 1307 (b).
2.  A plan has been confirmed.
3.  No request for delayed revestment of property of the estate has been made.

**IT IS THEREFORE ORDERED** that:

1.  THIS CASE IS DISMISSED.  The clerk of the court shall serve this order on all creditors and parties in interest within **ten (10) days**.

2.  In accordance with 11 U.S.C. § 349(b)(1) and (2), any transfer avoided under sections 522, 544, 545, 547, 548, 549, or 724(a) of Title 11, or preserved under sections 510(c)(2), 522(i)(2), or 551 of Title 11, is reinstated; any lien voided under   section 506(d) of Title 11 is reinstated; and any order, judgment, or transfer ordered under sections 522(i)(l), 542, 550, or 553 of Title 11 is vacated.

3.  All property of the estate, except payments made by the Debtors to the Trustee, shall revest in Debtors as of the date of this Order pursuant to 11 U.S.C. § 349.

4.  **Within thirty (30) days of the date of this order**, the Trustee shall distribute payments received from Debtors in accordance with the terms of the confirmed plan.  11 U.S.C. § 1326(a)(2).

BY THE COURT:

Dated: July 26, 2011.

_Howard Tallman_
United States Bankruptcy Judge